

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| The University of Texas Health Science Center at Houston, Appellant<br><br>No. 06-21-00041-CV      v.<br><br>Dr. John McNeely, Appellee | Appeal from the 11th District Court of Harris County, Texas (Tr. Ct. No. 2020-32037). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find reversible error in the order of the court below. Therefore, we reverse the trial court's order denying the plea to the jurisdiction and render judgment dismissing McNeely's claim for lack of jurisdiction.

We further order that the appellee, Dr. John McNeely, pay all costs of this appeal.

RENDERED OCTOBER 26, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk